ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| SupplyCore, Inc. | ) | ASBCA No. 63057 |
| | ) | |
| Under Contract No. SPE8EJ-21-D-0023 | ) | |

APPEARANCES FOR THE APPELLANT:        William E. Hughes, III, Esq.
Emily A. Constantine, Esq.
  Husch Blackwell
  Milwaukee, WI

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Kelly L. Diaz-Albertini, Esq.
Lindsay A. Salamon, Esq.
Anne P. Steel, Esq.
Stacey E. Hirsch, Esq.
  Trial Attorneys
  Defense Logistics Agency
  Philadelphia., PA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 17, 2023

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63057, Appeal of SupplyCore, Inc., rendered in conformance with the Board's Charter.

Dated:  March 20, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals